**EXHIBIT 2:** INFRINGEMENT

URL: https://www.facebook.com/watch/?v=301722615916476&_rdc=2&_rdr

