JS 44 (Rev. 12/11)   District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (*SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.*)

## I. (a) PLAINTIFFS
Reed Timmer

## DEFENDANTS
Sundog Roofing & Exteriors LLC

**(b)** County of Residence of First Listed Plaintiff: **JEFFERSON**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **CLEAR CREEK**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
**SANDERS LAW GROUP**   (516) 203-7600
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 820 Copyrights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 17 USC §501

Brief description of cause: 17 USC §501 et seq. – COPYRIGHT INFRINGEMENT

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

**DATE:** July 28, 2025

**SIGNATURE OF ATTORNEY OF RECORD:** */s/ Craig Sanders*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE