**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO (DENVER)**

Civil Case No. 1:25-cv-02307-DDD-SBP

REED TIMMER

        Plaintiff,

vs.

SUNDOG ROOFING & EXTERIORS LLC

        Defendant.

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Reed Timmer ("Plaintiff"), via undersigned counsel, respectfully requests that the Clerk of Court enter a default against Defendant Sundog Roofing & Exteriors LLC ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 55(a).

1. Defendant is not an infant or an incompetent person. [Declaration of Craig B. Sanders ("Sanders Decl."), ¶ 3].

2. Defendant is not in the military service, as set forth in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, Protection of Service members Against Default Judgments. [Sanders Decl. ¶ 4]

3. On July 28, 2025, Plaintiff filed the initial complaint. [Dkt. No. 1]

4. On August 13, 2025, service of the summons and complaint was effectuated [Dkt. No. 7]]

5. The docket shows that Defendant has failed to enter an appearance via counsel or otherwise respond to complaint within 21 days of service, or by September 3, 2025 [Sanders Decl. ¶ 7]

6. Accordingly, the Clerk's entry of default against Defendant under Fed.R.Civ.P. 55(a) is warranted.

Dated:   October 30, 2025
         Uniondale, NY

Respectfully Submitted:

Craig Benjamin Sanders
SANDERS LAW GROUP PLLC
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
516-203-7600
Fax: 516-282-7878
Email: csanders@sanderslaw.group

*Attorney for Plaintiff*