UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (DENVER)

Civil Case No. 1:25-cv-02307-DDD-SBP

REED TIMMER

                Plaintiff,

    vs.

SUNDOG ROOFING & EXTERIORS LLC

                Defendant.

---

### CLERK'S CERTIFICATE OF DEFAULT

---

I, _____, Clerk of the United States District Court for the District of Colorado, do hereby certify that this action was commenced on July 28, 2025 with the filing of a summons and complaint. On August 13, 2025,, a copy of the summons and complaint was served on defendant Sundog Roofing & Exteriors LLC ("Defendant") by serving a person authorized to accept service on Defendant's behalf. Proof of service was therefore filed at Dkt. No. 7. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: _____, 2025

Denver, Colorado

                                              Clerk of Court

                                By:    _____

                                              Deputy Clerk